### 19254. DENNIS *v.* RAINEY.

BROYLES, C. J. Under the facts of the case as disclosed by the record, the trial judge (sitting by consent without the intervention of a jury) did not err in rendering the judgment excepted to.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 11, 1928.

*E. R. Lambert, R. C. Jenkins,* for plaintiff.
*M. F. Adams,* for defendant.

### 19257. KENNEMORE *v.* BLACK.

BROYLES, C. J. The evidence adduced in the justice's court amply authorized the verdict and judgment in favor of the plaintiff, and the defendant's petition for certiorari, assigning error upon the verdict and judgment because they were contrary to law and the evidence, was without merit and should have been overruled. Substantially the same result.was reached by the dismissal of the petition.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 11, 1928.

*A. B. Tollison,* for plaintiff in error.
*Vandiviere & Tallant,* contra.